**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-6999**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CAROL BRAMWELL,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge.  (CR-91-429)

─────────────

Submitted:  October 21, 1999        Decided:  October 27, 1999

─────────────

Before WIDENER and TRAXLER, Circuit Judges, and BUTZNER, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Carol Bramwell, Appellant Pro Se.  Charles Philip Rosenberg, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carol Bramwell appeals the district court's order denying her motion filed pursuant to 18 U.S.C. § 3553(b) (1994) and 18 U.S.C.A. § 3582 (West 1985 & Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Bramwell, No. CR-91-429 (E.D. Va. June 2, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED